STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SUFFOLK REGIONAL OFFICE

May 28, 2020

*Via ECF*
Hon. Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:  Hauff v. SUNY et. al
           Docket No. 18-CV-7256 (DRH)(ARL)

Dear Honorable Judge Hurley:

The undersigned is an Assistant Attorney General in the office of Letitia James, Attorney General for the State of New York. This office represents SUNY and Farmingdale State College ["State Defendants"] in the above captioned matter.

The State Defendants have reached a settlement agreement with the Plaintiff in this matter. Attached is a stipulation of settlement between the parties. It is respectfully requested that Your Honor "so-order" this stipulation so that the parties can move forward in finalizing a discontinuance of this action in its entirety. This action has already been discontinued as against co-defendant Marvin Fischer.

                                      Very Truly Yours,

                                      Lori L. Pack